UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| SHAMINE POYNOR, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>NEVADA CANCER INSTITUTE,<br><br>Defendant. | 2:-11-CV-00610-PMP-LRL<br><br>**ORDER** |

On August 26, 2011, Plaintiff filed a Motion for Class Certification and Related Relief (Doc. #22). On September 19, 2011, Defendant Nevada Cancer Institute filed a Response denying liability for Plaintiff's claims, but stating its non opposition to Plaintiff's Motion for Class Certification (Doc. #25).

In its response, however, Defendant proposes an alternative "Class Definition."

Plaintiff has not filed a reply memorandum, and the time for doing so has expired. As a result, the Court is unable to determine whether Plaintiff agrees to the revised "Class Definition" proposed by Defendant.

**IT IS THEREFORE ORDERED that** Counsel for the parties shall forthwith meet and confer and shall not later than **October 25, 2011** to submit to the Court a Proposed Order for Class Certification setting forth the class definition agreed to by the parties. In the event the parties are unable to agree to the precise

language for the Proposed Order granting Class Certification, the parties shall provide their respective proposals for consideration by the Court.

DATE:  October 3, 2011.

_____
PHILIP M. PRO
United States District Judge