UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| SHAMINE POYNOR,<br><br>            Plaintiff,<br><br>v.<br><br>NEVADA CANCER INSTITUTE,<br><br>            Defendant. | 2:11-cv-00610-PMP-VCF<br><br>ORDER |

On May 3, 2012, the parties filed a joint status report indicating that the claims at issue in this case would be resolved through bankruptcy proceedings within ninety days (Doc. #35).  Nothing has been filed since that date.

IT IS THEREFORE ORDERED that the parties shall have to and including March 17, 2013, within which to file a status report and show cause in writing why this action should not be closed.

DATED: February 25, 2013

_____
PHILIP M. PRO
United States District Judge