IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| SHAMINE POYNOR on behalf of herself and all others similarly situated,<br><br>          Plaintiff.<br>v.<br><br>NEVADA CANCER INSTITUTE,<br><br>          Defendant. | **CLASS ACTION COMPLAINT** |

### STIPULATED NOTICE OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the Plaintiff, Shamine Poynor, and Defendant Nevada Cancer Institute, hereby give notice of dismissal of this action without prejudice, each party to bear its own costs.

Dated: March 18, 2013

KAMER ZUCKER ABBOTT

/s/ Carol Davis Zucker
Timothy W. Roehrs
3000 West Charleston Boulevard, Suite 3
Las Vegas, Nevada 89102
Telephone: (702) 259-8640
Fax: (702) 259-8646

*Attorneys for Defendant*

IT IS SO ORDERED.

_____
PHILIP M. PRO
U.S. DISTRICT JUDGE

Dated:  March 18, 2013.

/s/ René S. Roupinian
Jack A. Raisner, Esq.
René S. Roupinian, Esq.
OUTTEN & GOLDEN LLP
3 Park Avenue, 29th Floor
New York, NY  10016
Telephone: (212) 245-1000
Facsimile:  (212) 977-4005
jar@outtengolden.com
rsr@outtengolden.com

*and*

Lawrence J Semenza, III
Semenza & Semenza, LLP
3025 East Post Road
Las Vegas, NV 89120
Telephone: 702-369-6999
Facsimile: 702-263-3539
ljs@semenzalawfirm.com

*Attorneys for Plaintiff and the Certified Class*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 18, 2013, I electronically filed this document with the Clerk by using the CM/ECF system.

_____
KELSEY CARTER